**No. 10-6994. Jerry James Bias, Petitioner v. Alabama.**

562 U.S. 1143, 131 S. Ct. 912, 178 L. Ed. 2d 763, 2011 U.S. LEXIS 227.

January 10, 2011. Petition for writ of certiorari to the Court of Criminal Appeals of Alabama denied.

Same case below, 77 So. 3d 632.

**No. 10-6997. Paula Nelson, Petitioner v. Jeffrey Skehan, et al.**

562 U.S. 1143, 131 S. Ct. 912, 178 L. Ed. 2d 763, 2011 U.S. LEXIS 198.

January 10, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

Same case below, 386 Fed. Appx. 783.

**No. 10-6998. Ronald Adams, Petitioner v. J. Short, et al.**

562 U.S. 1143, 131 S. Ct. 912, 178 L. Ed. 2d 763, 2011 U.S. LEXIS 500.

January 10, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

**No. 10-7000. Loanita Adams, Petitioner v. City of Federal Way, Washington, et al.**

562 U.S. 1143, 131 S. Ct. 913, 178 L. Ed. 2d 763, 2011 U.S. LEXIS 197,

January 10, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

**No. 10-7004. Mervin Edwards, Petitioner v. Rick Thaler, Director, Texas Department of Criminal Justice, Correctional Institutions Division.**

562 U.S. 1143, 131 S. Ct. 913, 178 L. Ed. 2d 763, 2011 U.S. LEXIS 370.

January 10, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

**No. 10-7007. Augustus H. Evans, Jr., Petitioner v. Thomas Lee.**

562 U.S. 1143, 131 S. Ct. 913, 178 L. Ed. 2d 763, 2011 U.S. LEXIS 489,

January 10, 2011. Petition for writ of certiorari to the Supreme Court of Delaware denied.

Same case below, 996 A.2d 793.

**No. 10-7009. Chad Davis, Petitioner v. Texas.**

562 U.S. 1144, 131 S. Ct. 913, 178 L. Ed. 2d 763, 2011 U.S. LEXIS 255.

January 10, 2011. Petition for writ of certiorari to the Court of Appeals of Texas, Ninth District, denied.

**No. 10-7011. Ricky G. Davis, aka Ricky Glendall Davis, Petitioner v. Virginia.**

562 U.S. 1144, 131 S. Ct. 913, 178 L. Ed. 2d 763, 2011 U.S. LEXIS 416.

January 10, 2011. Petition for writ of certiorari to the Supreme Court of Virginia denied.